■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO

Ruiz, Also Known as WILLIAM RUIZ, Appellant.—Appeal by defendant from a judgment (see CPL 460.10, subd 6) of the Supreme Court, Queens County, rendered November 5, 1975, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. No opinion. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.